WILLIAM HENRY WILLS *v.* WARDEN,
MARYLAND PENITENTIARY

[No. 31, September Term, 1967.]

420

*Decided November 15, 1967.*

Before MURPHY, C. J., and ANDERSON, MORTON, ORTH, and THOMPSON, JJ.

PER CURIAM.

Application for leave to appeal from a denial of post conviction relief by Judge J. Harold Grady of the Criminal Court of Baltimore is denied for reasons stated by the court below. It should be pointed out, however, that under Md. Code Art. 27, § 645A (e) a petition under the Uniform Post Conviction Procedure Act may be filed whether or not the petitioner's confinement is a result of the conviction attacked or the result of some other sentence which has not yet expired. See *Simon v. Director*, 235 Md. 626, 629.

*Application denied.*